FORM B5(12/03)

## FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Howard, Henry | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.)<br>d/b/a H & H Construction Co. |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>8315 S. Elizabeth Street<br>Chicago, IL 60620 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS
Construction

TYPE OF DEBTOR
■ Individual        ☐ Stockbroker
☐ Partnership      ☐ Commodity Broker
☐ Corporation      ☐ Railroad
☐ Other: _____

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/25/2004
Time: 16:12:58
Debtor: HENRY HOWARD
Case: 04-11953
Chapter: 7  Rec. #: Fee: 209
Judge: Eugene Wedoff  3071091

1:04BK11953-BK001

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified ...*
*Reform Act of 1994, no fee is required.*

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

Name of Debtor: Howard, Henry

FORM 5 Involuntary Petition (6/92)

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)
Chicago and Northeast Illinois District Council of Carpenters, Apprentice and Trainee Program Fund
Name of Petitioner     Date Signed 3/22/04

Name & Mailing Address of Individual Signing in Representative Capacity:
Earl E. Oliver - Contribution Manager
12 E. Erie Street
Chicago, IL 60611

X _[signature]_   3/25/04
Signature of Attorney     Date
Scalambrino & Arnoff
Name of Attorney Firm (If any)
33 North LaSalle Street
Suite 1210
Chicago, IL 60602
Address
Telephone No. (312) 629-0545

---

X _[signature]_
Signature of Petitioner or Representative (State title)
Chicago District Council of Carpenters Welfare Fund
Name of Petitioner     Date Signed 3/22/04

Name & Mailing Address of Individual Signing in Representative Capacity:
Earl E. Oliver - Contribution Manager
12 E. Erie Street
Chicago, IL 60611

X _[signature]_   3/25/04
Signature of Attorney     Date
Scalambrino & Arnoff
Name of Attorney Firm (If any)
33 North LaSalle Street
Suite 1210
Chicago, IL 60602
Address
Telephone No. (312) 629-0545

---

X _[signature]_
Signature of Petitioner or Representative (State title)
Chicago District Council of Carpenters Pension Fund
Name of Petitioner     Date Signed 3/22/04

Name & Mailing Address of Individual Signing in Representative Capacity:
Earl E. Oliver - Contribution Manager
12 E. Erie Street
Chicago, IL 60611

X _[signature]_   3/25/04
Signature of Attorney     Date
Scalambrino & Arnoff
Name of Attorney Firm (If any)
33 North LaSalle Street
Suite 1210
Chicago, IL 60602
Address
Telephone No. (312) 629-0545

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Chicago and Northeast Illinois District Council of Carpenters Apprentice and Trainee Program Fund | Unpaid Apprentice and Trainee Program Contributions | 6,325.34 |
| Chicago District Council of Carpenters Welfare Fund | Unpaid Health & Welfare Fund Contributions | 28,051.87 |
| Chicago District Council of Carpenters Pension Fund | Unpaid Pension Fund Contributions | 16,730.63 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 51,107.84 |

_0_ continuation sheets attached